IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT H. CROW                                                    PLAINTIFF

                    v.                    Civil No. 08-3057

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 16th day of February 2010.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE